Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

LINDA DARLENE RICHARDS

CASE NO. 13-70300-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 3419 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   9/13/2013   Orig. Time:   11:00 AM          Reset Date:          Reset Time:

B. Meeting Results:      Adjourned

C. Debtor(s):   Debtor 1 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:    none

F. Amount Paid to the Trustee as of        9/13/2013   $190.00      First Payment Due Date:      9/14/2013

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:      Complete

   Budgeted Income:   $3,128.27   Expense:    $2,938.27   Surplus:   $190.00

   Plan Payment:   $190.00  Monthly                 Plan Term(Months):   60

I. Value of Non-Exempt Property:      $0.00   Proposed Amount to Unsecured Creditors:      $0.00

   ___ Objection to Exemption of:

   ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

   ___ Object to Invoke Stay Pleading

   ___ Case Converted from Chapter 7, Bar Date Set:   12/12/2013   Date Converted from Chapter 7:

J. Required Information:    need wage withholding form

K. Business Information:

L. Object to Confirmation:    Yes

   Excessive expenses in Schedule J:  $570 medical-most likely do spend that much-no objection
   $520 transportation-old car, live far from both jobs-no objection

M. Financial Management Class:    Debtor 1 Appeared

N. Eligibility:

   Certificate of Credit Counseling Filed:    Debtor 1 Only

   Credit Counseling Provider Approved:              Yes

   Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):    No

O. Domestic Support Obligation:      $0.00   Current:      Arrears:      $0.00

   Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:    1st pmt of $190 received 9/3/13, due 14th, need ww form
   confirmaiton hearing 10/16/13
   Paid Discover $12,000 in February or March from insurance, trying to take care of bills, but realized could not
   and then filed-ok per MM

Dated:    9/13/2013                                  /s/ Walter O'Cheskey

                                        Standing Bankruptcy Trustee
                                        By:    Angela Gonzales

| Case Number: | | 13-70300 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | RICHARDS | | | | |
| Attorney: | | MJW | | | | |
| Presiding Officer: | | Angela | | | | |
| Calculation Date: | | | | | | 9/13/2013 10:42 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees          Paid Through the Plan | $3,176.00 | | | | $3,176.00 |
|---|---|---|---|---|---|
| Noticing Fees | $99.84 | | | | $99.84 |
| Clerk Filing Fees | | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $25.00 | | | | |
| Less Trustee Fees | $2.50 | | | | |
| Less Attorney Fees | $3,176.00 | | | | |
| Less Noticing Fees | $99.84 | Greater Of --------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $62,298.22 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,628.73 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $11,400.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $7,771.27 |

**Comments:**

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 9/13/2013 10:42 |

| | | |
|---|---|---|
| Schedule I Gross Income | | |
| Less Line 57 B22C | | $0.00 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 1 |
| Minimum to Unsecureds | | $0.00 |

**Comments:**